**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOUIS PERRY, DEYETTE PERRY, PAUL TULLIUS, and AUSTIN 620, LP,<br><br>Plaintiffs,<br>v.<br><br>STEPHEN LYONS, ANTHONY GOODALL, PRUDENTIAL OWENS REALTY, BVVA COMPASS,<br><br>Defendants | Cause No. 3:09-CV-0794-JM-CAB<br><br><br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANT BBVA COMPASS TO FILE ITS RESPONSIVE PLEADING** |

The Court, having considered Plaintiffs Louis Perry, Deyette Perry, Paul Tullius, and Austin 620 LP and Defendant BBVA Compass's Joint Motion to Extend Deadline for Defendant BBVA Compass to File Its Responsive Pleading, and good cause appearing, it is **HEREBY**

**ORDERED:**

1. That the Joint Motion to Extend Deadline for Defendant BBVA Compass to File Its Responsive Pleading is granted; and it is

2. **FURTHER ORDERED** that BBVA Compass shall file an answer or responsive pleading by September 14, 2009.

IT IS SO ORDERED.

Dated: August 6, 2009

_____
JEFFREY T. MILLER
United States District Court Judge